UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

**NOT FOR PUBLICATION**

| | |
|---|---|
| MARY ELLEN PARKER, *as guardian ad litem of* BRYAN PARKER  Plaintiff,  v.  BOROUGH OF RIDGEFIELD, RIDGEFIELD POLICE DEPARTMENT, JOHN BOGOVICH, ROBERT KATZ, JOSEPH CASTELLITTO, HAGOP CIGERIOCIOGLU, RICHARD BESSER, ROBERT WILLIAMS AND JULIAN BENITEZ  Defendants. | Civil Action No. 08-3226 (PGS)  **REPORT AND RECOMMENDATION** |

**SALAS, UNITED STATES MAGISTRATE JUDGE:**

This matter having come before the Court by way of referral from the Hon. Peter G. Sheridan to conduct a "Friendly Hearing" in order to determine whether the proposed settlement with the Ridgefield Defendants is in the best interest of Plaintiff, Bryan Parker, an individual with a mental disability. Having considered the Plaintiff's submission dated September 18, 2010; having heard the testimony by Mary Ellen Parker, *guardian ad litem* for Bryan Parker; and as more fully set forth and reflected in the transcript dated September 16, 2010, the Court makes the following report:

1. Ms. Parker reviewed with her attorney, Stephen M. Latimer, Esquire, the strengths and weaknesses of her son's case, and indicated that she understood the potential problems surrounding the Plaintiff's claims against the Ridgefield Defendants;

2. Ms. Parker understood that by settling the claims on behalf of her son, Bryan Parker, that he would give up his rights to otherwise bring any actions with regards to this case against the Ridgefield Defendants;

3. Ms. Parker indicated that she has had enough time to sit down with her attorney, Mr. Latimer;

4. Ms. Parker indicated that she was satisfied with Mr. Latimer's representation of her son, Bryan Parker;

5. And having considered both the liability and damages aspects of this case, together with the present condition of Bryan Parker, as well as the prognosis of his condition;

6. The undersigned is satisfied that the overall settlement as outlined by Mr. Latimer on the record is fair and reasonable and that it adequately protects the interests of Bryan Parker.

Based upon the foregoing, and based upon the transcript of the proceeding on September 16, 2010, it is on this 23rd day of September, 2010, recommended to the United States District Judge that Bryan Parker's settlement with the Ridgefield Defendants be approved.

Respectfully,

_____
Esther Salas
UNITED STATES MAGISTRATE JUDGE

Approved:

_____
Peter G. Sheridan
UNITED STATES DISTRICT JUDGE

9/28/10
Date